

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00156-CV

---

Remin Iglesias on behalf of the estate of Arbin Iglesias, deceased, Carlos Rolando
Iglesias Cano and Blanca Manuela Holguin Gomez, beneficiaries of Arbin Iglesias,
**Appellants**

v.

Southwest Convenience Stores, LLC d/b/a 7-Eleven #655, Jorge Meza, Alon USA,
LP, Boutchantharaj Corporation d/b/a DFW Security Protective Force, LLC,
Security Force Training Academy, LLC, and Delek US Holdings Inc. d/b/a Alon
USA Energy, Inc., d/b/a Delek, US, **Appellees**

---

### On Appeal from the 41st District Court
### El Paso County, Texas
### Trial Court No. 2019DCV1975

---

## MEMORANDUM OPINION

Before the Court is the parties' "Joint Motion to Abate Appeal." The parties state that the matter of the appeal has been resolved. They both request that "all pending deadlines be abated and this Appeal case be dismissed."

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of the appellant, a court may dismiss the appeal. Tex. R. App. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

The parties have not filed a settlement agreement with the clerk as required by Rule 42.1(a)(2). Instead, based on the substance of the motion and the relief requested, we invoke Rule 42.1(a)(1) to dismiss the appeal on the motion of Appellant. The motion to dismiss the appeal is granted. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant).

MARIA SALAS MENDOZA, Chief Justice

June 2, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2